**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MATHIS,<br><br>        Petitioner,<br><br>    v.<br><br>G.D. LEWIS, Warden,<br><br>        Respondent. | Case No. CV 11-3784-SJO (SP)<br><br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 16, 2014

                                   *S. James Otero*
                             _____
                             HONORABLE S. JAMES OTERO
                             UNITED STATES DISTRICT JUDGE